UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 07 C 6334 |
|---|---|
| JOHN HENRY GREEN, JR., Plaintiff, | Hon. Judge COAR |
| v. | |
| DAVID G. DUCAR, et al, Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago

John C. Kurnat

| SIGNATURE | s/ Marc J. Boxerman |
|---|---|
| FIRM | City of Chicago Department of Law |
| STREET ADDRESS | 30 N. La Salle Street, Suite 1400 |
| CITY/STATE/ZIP | Chicago, IL 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6215790 | (312) 744-7684 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES X   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐