IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HENRY GREEN, JR., | ) | |
| | ) | No. 07 C 6334 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DOW |
| | ) | |
| DAVID G. DUCAR, JOHN C. KURNAT, and, | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge Cole |
| | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

**DEFENDANTS JOHN C. KURNAT'S AND CITY OF CHICAGO'S
AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE
PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants John C. Kurnat and the City of Chicago, by and through their attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, respectfully move for an extension of time to January 22, 2008, to answer or otherwise plead in response to Plaintiff's complaint. In support of this motion, the officers state the following:

1. Plaintiff filed his complaint on November 8, 2007. The City of Chicago was served the complaint on November 9, 2007. Officer Kurnat was personally served the complaint on November 26, 2007. Officer Ducar, who has retired from the Chicago Police Department, has not yet been personally served.

2. The City was due to answer the complaint on or before November 29, 2007. Officer Kurnat was due to answer the complaint on or before December 17, 2007.

3. Undersigned counsel for the City of Chicago and Officer Kurnat received Plaintiff's complaint for the first time on December 10, 2007, and has not yet had the opportunity to meet with his clients to discuss the allegations contained in the complaint. Additionally,

undersigned counsel will be out of the office beginning December 21, 2007, returning on January 2, 2008.

4. The Office of the Corporation Counsel and the Chicago Police Department are still in the process of investigating the allegations in Plaintiff's complaint and compiling pertinent records.

5. This motion is the Defendants' first request for an extension of time to answer or otherwise plead. This request is made not to delay the proceedings but rather to allow the Defendants to respond properly to the allegations in Plaintiff's complaint.

6. Undersigned counsel has spoken to Irene Dymkar, attorney for Plaintiff. Ms. Dymkar indicated that she does not oppose this motion.

WHEREFORE Defendants John C. Kurnat and the City of Chicago respectfully request that they be given an extension of time to January 22, 2008, to answer or otherwise plead in response to Plaintiff's complaint, and for any other relief that this Honorable Court deems proper.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
City of Chicago

BY:   s/ Marc J. Boxerman
MARC J. BOXERMAN
Senior Counsel

Marc J. Boxerman
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
Atty. No. 6215790
mboxerman@cityofchicago.org

**CERTIFICATE OF SERVICE**

      I, Marc J. Boxerman, an attorney, certify that I have caused a true and correct copy of the above **Notice of Motion** and **Defendants John C. Kurnat's and City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint** to be served on all person(s) of record in accordance with the rules of electronic filing on December 20, 2007.

                                                         s/ Marc J. Boxerman
                                                         MARC J. BOXERMAN

Person served:

Irene K. Dymkar
300 W. Adams Street, Suite 330
Chicago, IL 60606-5107