IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HENRY GREEN, JR., | ) | |
| | ) | No. 07 C 6334 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DOW |
| | ) | |
| DAVID G. DUCAR, JOHN C. KURNAT, and, | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge Cole |
| | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendants John C. Kurnat's and City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge Robert M. Dow, Jr., or before such other Judge sitting in her stead, on January 3, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, in room 1719 of the Dirksen Courthouse, 219 S. Dearborn Street, Chicago, IL and present the attached motion.

Date:        December 20, 2007

                                                By:    s/ Marc J. Boxerman
                                                        MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago, Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
Atty. No. 6215790
mboxerman@cityofchicago.org