# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

John Henry Green Jr.

                Plaintiff,

v.

David G. Ducar, et al.

                Defendant.

Case No.: 1:07–cv–06334
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 28, 2007:

      MINUTE entry before Judge Robert M. Dow Jr.:MOTION by Defendants John C. Kurnat, City of Chicago for extension of time [9] to answer or otherwise plead to the complaint is granted to and including 1/22/08.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.