# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN HENRY GREEN, JR.,** | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | |
| v. | 07CV6334 |
| **DAVID G. DUCAR, JOHN C. KURNAT, and CITY OF CHICAGO,** | JUDGE COAR |
| | MAG. JUDGE COLE |
| Defendants. | DESIGNATED MAGISTRATE JUDGE: |

TO:
    City of Chicago
    121 N. LaSalle, Room 107
    Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Irene K. Dymkar
    300 W. Adams St., Suite 330
    Chicago, IL 60606-5107

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
BY DEPUTY CLERK

NOV 0 8 2007
_____
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | November 9, 2007 |
| NAME OF SERVER (PRINT) <br> Irene K. Dymkar | TITLE <br> Plaintiff's Attorney |

*Check one box below to indicate appropriate method of service*

x  Served personally upon the defendant. Place where served:  Clerk of the City of Chicago, 121 N. LaSalle, Room 107, Chicago, IL 60602

NANCY NIEMINSKI

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 9, 2007  _____
                Date                Signature of Server

300 West Adams, Suite 330, Chicago, IL 60606-5107
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.