# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JOHN HENRY GREEN, JR., | ) | |
| | ) | Case No. 07 C 6334 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Dow |
| DAVID G. DUCAR, | ) | |
| JOHN C. KURNAT, and | ) | Magistrate Judge Cole |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:    Irene K. Dymkar
       300 W. Adams, Suite 330
       Chicago, IL 60606
       dymkarlaw@ameritech.net

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendants' Answer, Defenses, and Jury Demand to Plaintiff's Complaint** , a copy of which is attached and served upon you.


Date:        January 22, 2008


                              By:    s/ Marc J. Boxerman
                                     MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago, Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
mboxerman@cityofchicago.org
Atty. No. 6215790