UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case:   07 C 6334

    JOHN HENRY GREEN, JR.,   Plaintiff,           Hon. Judge Dow

        v.

    DAVID G. DUCAR, et al,   Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    David G. Ducar

| SIGNATURE | |
|---|---|
| s/ Marc J. Boxerman | |
| FIRM   City of Chicago Department of Law | |
| STREET ADDRESS   30 N. La Salle Street, Suite 1400 | |
| CITY/STATE/ZIP   Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6215790 | TELEPHONE NUMBER   (312) 744-7684 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES X     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES X     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES X     NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |