**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

John Henry Green Jr.
                       Plaintiff,

v.                                           Case No.: 1:07−cv−06334
                                             Honorable Robert M. Dow Jr.

David G. Ducar, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 31, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:Defendants' Motion to dismiss [18] is taken under advisement. Plaintiff is given to and including 3/20/08 in which to respond to defendants' motion to dismiss[18]. Defendants are given until 4/4/08 to file reply. Ruling on Defendants' motion to dismiss[18] will be by mail. Status hearing date of 3/12/08 is stricken.Settlement Conference set for 3/6/2008 at 10:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.