# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

John Henry Green Jr.
                        Plaintiff,

v.                                            Case No.: 1:07–cv–06334
                                                  Honorable Robert M. Dow Jr.

David G. Ducar, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.: Settlement conference held on 2/14/2008. All matters in controversy having been settled, the above−entitled case is hereby dismissed without prejudice and with leave to reinstate on or before 5/19/08 after which time the dismissal will be with prejudice if no request to reinstate has been filed. MOTION by Defendants David G. Ducar, John C. Kurnat, City of Chicago to dismiss Counts IV and V [18] is stricken as moot.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.